# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALEXANDER CARTER,<br><br>  Plaintiff,<br><br>v.<br><br>SALVADOR MARTINEZ, P.A., AND CONCETTA MENNELLA, M.D.,<br><br>  Defendants. | 20 C 1402<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Jeffrey I. Cummings |

## JOINT STATUS REPORT

Pursuant to the Court's Order, counsel for the parties jointly report about the discovery plan for this lawsuit. (Dkt. 60.)

**1. Discovery Completed**

The parties have propounded written discovery and requests to produce to date. Both parties have responded to written discovery and requests to produce. Fact discovery closes on May 13, 2022. (Dkt. 60.)

**II. Remaining Discovery with Schedule of Depositions**

Plaintiff's deposition is currently scheduled for May 6, 2022.

Defendant Mennella's deposition is currently scheduled for May 11, 2022.

Defendant Martinez's deposition is currently scheduled for May 10, 2022.

Ms. Jimenez is a witness in this matter. Ms. Jimenez's deposition is currently scheduled for May 12, 2022.

**III. Whether Any Discovery Requires the Court's Attention**

None at this time.

1

Respectfully submitted,

| | |
|---|---|
| By: /s/ Amanda C. Guertler<br>Amanda C. Guertler<br>Christina Faklis Adair<br>Cook County State's Attorney's Office<br>500 Richard J. Daley Center<br>Chicago, IL 60602<br>312-603-4634<br>Counsel for Defendants | By: /s/ Scott Stirling<br>Scott Stirling<br>Walker Wilcox Matousek LLP<br>1 N. Franklin St., Ste. 3200<br>Chicago, IL 60606<br>(312) 244-6754<br>Counsel for Plaintiff |

## **CERTIFICATE OF SERVICE**

I, Assistant State's Attorney, Amanda C. Guertler, hereby certify that the above and foregoing was served upon Plaintiff's counsel electronically through the CM/ECF filing system on April 4, 2022.

/s/ Amanda C. Guertler
Amanda C. Guertler