# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALEXANDER CARTER, | |
| Plaintiff, | |
| v. | 20 CV 1402 |
| SALVADOR MARTINEZ, P.A., AND CONCETTA MENNELLA, M.D., | Judge Robert W. Gettleman |
| Defendants. | Magistrate Judge Jeffrey I. Cummings |

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendants, Salvador Martinez and Concetta Mennella, ("Defendants") by their attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, through her assistant, Christina Faklis Adair, respectfully request that this Court grant Christina Faklis Adair leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, Defendants state as follows:

1. Defendants are represented in this matter by the Cook County State's Attorney's Office.

2. Christina Faklis Adair is a Cook County Assistant State's Attorney and has been one of the attorneys-of-record in this matter.

3. Christina Faklis Adair is going on parental leave and will no longer be involved in the representation of Defendants.

4. ASA Amanda Guertler is counsel-of-record for Defendants and will handle all further litigation in this case on behalf of Defendants.

5. Accordingly, Defendants seek to withdraw the appearance of Christina Faklis Adair.

WHEREFORE, Defendants, Salvador Martinez and Concetta Mennella, respectfully request that the Court enter an order terminating the appearance of Christina Faklis Adair in this action and to terminate CM/ECF notifications to her in this matter.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

*/s/ Christina Faklis Adair*
Christina Faklis Adair
Assistant State's Attorneys
500 Richard J. Daley Center
Chicago, Illinois 60602
312-603-4634
Christina.adair@cookcountyil.gov

## CERTIFICATE OF SERVICE

I, Christina Faklis Adair, an attorney, hereby certify that I served the attached **Motion to Withdraw Counsel** on all parties of record through the Court's CM/ECF filing system on April 5, 2022.

/s/ *Christina Faklis Adair*
Christina Faklis Adair